UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE,
et. al.,

       Plaintiff(s),

Case No. 1:24-cv-00720-PLM-SJB

v.

Hon. Paul L. Maloney

GRETCHEN WHITMER, et. al.

       Defendant(s).
_____/

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, __Republican National Committee__ (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?  ☐ Yes  ☑ No

2. Does party have any parent corporations?  ☐ Yes  ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?  ☐ Yes  ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?  ☐ Yes  ☑ No
   If yes, identify entity and nature of interest:

Date: July 16, 2024

/s/ Drew W. Broaddus (P64658)
(Signature)
Drew W. Broaddus (P64658)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Plaintiffs
100 Monroe Center Avenue NW
Grand Rapids, MI 49503
616-774-8000   dbroaddus@shrr.com