Case 1:24-cv-00720-PLM-SJB   ECF No. 4,   PageID.25   Filed 07/16/24   Page 1 of 1

WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE,
et. al.,

    Plaintiff(s),

v.

GRETCHEN WHITMER, et. al.

    Defendant(s).
_____/

Case No.  1:24-cv-00720-PLM-SJB

Hon. Paul L. Maloney

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, __Michigan Republican Party__ (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?  ☐ Yes  ☑ No

2. Does party have any parent corporations?  ☐ Yes  ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?  ☐ Yes  ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?  ☐ Yes  ☑ No
   If yes, identify entity and nature of interest:

Date: July 16, 2024

/s/ Drew W. Broaddus (P64658)
(Signature)
Drew W. Broaddus (P64658)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Plaintiffs
100 Monroe Center Avenue NW
Grand Rapids, MI 49503
616-774-8000         dbroaddus@shrr.com