UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE,
et. al.,

    Plaintiff(s),

Case No. 1:24-cv-00720-PLM-SJB

v.

Hon. Paul L. Maloney

GRETCHEN WHITMER, et. al.

    Defendant(s).
_____/

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1, Donald J. Trump for President 2024, Inc. (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: July 16, 2024

/s/ Drew W. Broaddus (P64658)
(Signature)
Drew W. Broaddus (P64658)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Plaintiffs
100 Monroe Center Avenue NW
Grand Rapids, MI 49503
616-774-8000    dbroaddus@shrr.com