# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,

v.

DEPARTMENT OF VETERANS AFFAIRS

Case No. 1:24-cv-00720-PLM-SJB

Hon.  Paul L. Maloney

TO:  DEPARTMENT OF VETERANS AFFAIRS

ADDRESS: 441 4th Street, NW, Suite 707 North
Washington DC 20001

---

A lawsuit has been filed against you.

YOU  ARE  HEREBY  SUMMONED and required to    serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _____60_____ days after service of this sum mons on you (not counting the day  you received it). If y ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

 399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
 107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
 113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk                                                      Date

---

## PROOF OF SERVICE

This summons for _____DEPARTMENT OF VETERANS AFFAIRS_____ was received by me on _____.
(name of individual and title, if any)                                                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                                  (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,

v.

DEPARTMENT OF VETERANS AFFAIRS

Case No. 1:24-cv-00720-PLM-SJB

Hon. Paul L. Maloney

TO: DEPARTMENT OF VETERANS AFFAIRS

ADDRESS: c/o Civil Process Clerk, U.S. Attorney's Office for the Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, MI 49503

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____DEPARTMENT OF VETERANS AFFAIRS_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                                     (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                          (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____
                              (name of organization)                        (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:
_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY, and RYAN KIDD, <br> v. <br> DEPARTMENT OF VETERANS AFFAIRS | Case No. 1:24-cv-00720-PLM-SJB <br> Hon. Paul L. Maloney |

TO: DEPARTMENT OF VETERANS AFFAIRS
ADDRESS: c/o U.S. Attorney General, Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ____60____ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk                                   Date

## PROOF OF SERVICE

This summons for _____DEPARTMENT OF VETERANS AFFAIRS_____ was received by me on _____.
*(name of individual and title, if any)*                                    *(date)*

☐ I personally served the summons on the individual at _____
on _____.                              *(place where served)*
     *(date)*

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        *(date)*

☐ I served the summons on _____, who is designated by law to accept service
                                    *(name of individual)*
of process on behalf of _____ on _____.
                              *(name of organization)*                    *(date)*

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Additional information regarding attempted service, etc.:

_____
*Server's printed name and title*

_____
*Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE,
DONALD J. TRUMP FOR PRESIDENT 2024, INC.,
MICHIGAN REPUBLICAN PARTY, and RYAN
KIDD,

v.

ISABEL GUZMAN, in her official capacity as
Administrator of the Small Business Administration

Case No. 1:24-cv-00720-PLM-SJB
Hon. Paul L. Maloney

TO: ISABEL GUZMAN
ADDRESS: 409 3rd Street SW
Washington, DC 20416

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _____ 60 ___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk                                        Date

---

## PROOF OF SERVICE

This summons for _____ ISABEL GUZMAN _____ was received by me on _____.
                          (name of individual and title, if any)                                                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                                          (place where served)
           (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                          (name)
                                                              (date)

☐ I served the summons on _____, who is designated by law to accept service
                                              (name of individual)
of process on behalf of _____ on _____.
                                     (name of organization)                                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
                Server's signature

Additional information regarding attempted service, etc.:

_____
                Server's printed name and title

_____
                Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,

v.

ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration

Case No. 1:24-cv-00720-PLM-SJB

Hon. Paul L. Maloney

TO: ISABEL GUZMAN

ADDRESS: c/o Civil Process Clerk, U.S. Attorney's Office for the Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, MI 49503

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _____60____ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk                    Date

---

## PROOF OF SERVICE

This summons for _____ISABEL GUZMAN_____ was received by me on _____.
              (name of individual and title, if any)                            (date)

☐ I personally served the summons on the individual at _____
on _____.                         (place where served)
         (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                      (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                       (name of organization)               (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                     _____
                                  Server's signature

Additional information regarding attempted service, etc.:

                     _____
                             Server's printed name and title

                     _____
                             Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE,
DONALD J. TRUMP FOR PRESIDENT 2024, INC.,
MICHIGAN REPUBLICAN PARTY, and RYAN
KIDD,

v.

ISABEL GUZMAN, in her official capacity as
Administrator of the Small Business Administration

Case No. 1:24-cv-00720-PLM-SJB

Hon. Paul L. Maloney

TO: ISABEL GUZMAN
ADDRESS: c/o U.S. Attorney General, Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _____ 60 ___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____ ISABEL GUZMAN _____ was received by me on _____.
(name of individual and title, if any)                                           (date)

☐ I personally served the summons on the individual at _____
on _____.                                                    (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                              (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____.
                                (name of organization)                        (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE,
DONALD J. TRUMP FOR PRESIDENT 2024, INC.,
MICHIGAN REPUBLICAN PARTY, and RYAN
KIDD,

v.

DENIS McDONOUGH, in his official capacity as
Secretary of Veterans Affairs

Case No. 1:24-cv-00720-PLM-SJB

Hon. Paul L. Maloney

TO: DENIS McDONOUGH
ADDRESS: 441 4th Street, NW, Suite 707 North
Washington DC 20001

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
_____ 60 _ days after service of this sum mons on you (not
counting the day  you received it). If y ou fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint.  You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
   113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk                                                        Date

---

## PROOF OF SERVICE

This summons for _____ DENIS McDONOUGH _____ was received by me on _____.
                                    (name of individual and title, if any)                                                    (date)

☐ I personally served the summons on the individual at _____
on _____.
        (date)                                    (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                (date)

☐ I served the summons on _____, who is designated by law to accept service
                                            (name of individual)
of process on behalf of _____ on _____.
                                    (name of organization)                                            (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Additional information regarding attempted service, etc.:

_____
                    Server's signature

_____
                Server's printed name and title

_____
                    Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE,
DONALD J. TRUMP FOR PRESIDENT 2024, INC.,
MICHIGAN REPUBLICAN PARTY, and RYAN
KIDD,

v.

DENIS McDONOUGH, in his official capacity as
Secretary of Veterans Affairs

Case No. 1:24-cv-00720-PLM-SJB

Hon. Paul L. Maloney

TO: DENIS McDONOUGH

ADDRESS: c/o Civil Process Clerk, U.S. Attorney's Office for the
Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, MI 49503

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
_____60_____ days after service of this sum mons on you (not
counting the day  you received it). If y ou fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint.  You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
  113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk             Date

---

## PROOF OF SERVICE

This summons for _____ DENIS McDONOUGH _____ was received by me on _____.
                 (name of individual and title, if any)                       (date)

☐ I personally served the summons on the individual at _____
on _____.                    (place where served)
       (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                      (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                 (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                   (name of organization)                 (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

       My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____             _____
                                               Server's signature

Additional information regarding attempted service, etc.:     _____
                                               Server's printed name and title

                                               _____
                                               Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE,
DONALD J. TRUMP FOR PRESIDENT 2024, INC.,
MICHIGAN REPUBLICAN PARTY, and RYAN
KIDD,

v.

DENIS McDONOUGH, in his official capacity as
Secretary of Veterans Affairs

Case No. 1:24-cv-00720-PLM-SJB

Hon. Paul L. Maloney

TO: DENIS McDONOUGH

ADDRESS: c/o U.S. Attorney General, Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _____60_____ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



By: Deputy Clerk

July 18, 2024

Date

---

## PROOF OF SERVICE

This summons for _____DENIS McDONOUGH_____ was received by me on _____.
(name of individual and title, if any)                                                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                                           (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(name)                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____
(name of organization)                                      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,

v.

U.S. SMALL BUSINESS ADMINISTRATION

Case No. 1:24-cv-00720-PLM-SJB

Hon. Paul L. Maloney

TO: U.S. SMALL BUSINESS ADMINISTRATION
ADDRESS: 409 3rd Street SW
Washington, DC 20416

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _____60___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk _____   Date _____

---

## PROOF OF SERVICE

This summons for _____U.S. SMALL BUSINESS ADMINISTRATION_____ was received by me on _____.
(name of individual and title, if any)                                                                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                              (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                                    (date)

☐ I served the summons on _____, who is designated by law to accept service
                                                            (name of individual)
of process on behalf of _____ on _____.
                                            (name of organization)                                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,

v.

U.S. SMALL BUSINESS ADMINISTRATION

Case No. 1:24-cv-00720-PLM-SJB

Hon. Paul L. Maloney

TO: U.S. SMALL BUSINESS ADMINISTRATION

ADDRESS: c/o Civil Process Clerk, U.S. Attorney's Office for the Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, MI 49503

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___60___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____U.S. SMALL BUSINESS ADMINISTRATION_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.
(date)                                    (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,

v.

U.S. SMALL BUSINESS ADMINISTRATION

Case No. 1:24-cv-00720-PLM-SJB

Hon.  Paul L. Maloney

TO:  U.S. SMALL BUSINESS ADMINISTRATION
ADDRESS:  c/o U.S. Attorney General, Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to  serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _____60___ days after service of this summons on you (not counting the day  you received it). If y ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk                                                    Date

---

## PROOF OF SERVICE

This summons for _____U.S. SMALL BUSINESS ADMINISTRATION_____ was received by me on _____.
(name of individual and title, if any)                                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                                         (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(name)                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                          (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address