## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; DONALD J. TRUMP FOR PRESIDENT 2024, INC.; MICHIGAN REPUBLICAN PARTY; and RYAN KIDD, in his official capacity as Clerk of Georgetown Township,<br><br>        Plaintiffs,<br>  v.<br><br>GRETCHEN WHITMER, in her official capacity as Governor of Michigan; JOCELYN BENSON, in her official capacity as Michigan Secretary of State; JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections; U.S. SMALL BUSINESS ADMINISTRATION; ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration; DEPARTMENT OF VETERANS AFFAIRS; and DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs<br><br>        Defendants. | CIVIL ACTION<br><br>Case No. 1:24-cv-720-PLM-SJB<br><br>Hon. Paul L. Maloney<br>Hon. Sally J. Berens |

### **INDEX OF EXHIBITS**

| Exhibits | Description |
|---|---|
| A. | Vet Voice Foundation's [Proposed] Motion to Dismiss |
| B. | Declaration of Janessa Goldbeck |