# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; DONALD J. TRUMP FOR PRESIDENT 2024, INC.; MICHIGAN REPUBLICAN PARTY; and RYAN KIDD, in his official capacity as Clerk of Georgetown Township, <br><br> Plaintiffs, <br> v. <br><br> GRETCHEN WHITMER, in her official capacity as Governor of Michigan; JOCELYN BENSON, in her official capacity as Michigan Secretary of State; JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections; U.S. SMALL BUSINESS ADMINISTRATION; ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration; DEPARTMENT OF VETERANS AFFAIRS; and DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs <br><br> Defendants. | CIVIL ACTION <br><br> Case No. 1:24-cv-720-PLM-SJB <br><br> Hon. Paul L. Maloney <br> Hon. Sally J. Berens |

## LOCAL RULE 7.1(d) CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(d) and Section III(B) of this Court's Information and Guidelines for Civil Practice, counsel for Vet Voice conferred with counsel for Plaintiffs and Defendants about their positions on this motion on July 24, 2024. Plaintiffs oppose intervention. State Defendants neither concur with nor object to intervention. Federal Defendants indicated that they would determine their position on intervention after reviewing Vet Voice's as-filed intervention papers.

Dated: July 24, 2024.                                  Respectfully submitted,

/s/ *Sarah S. Prescott*
Sarah S. Prescott (P70510)
SALVATORE PRESCOTT
 PORTER & PORTER, PLLC
105 East Main Street
Northville, Michigan 48167
(248) 679-8711
sprescott@spplawyers.com


Aria C. Branch
Justin Baxenberg*
Mindy Johnson
Samuel T. Ward-Packard
ELIAS LAW GROUP LLP
250 Massachusetts Ave, NW, Suite 400
Washington, DC 20001
(202) 968-4490
abranch@elias.law
jbaxenberg@elias.law
mjohnson@elias.law
swardpackard@elias.law


*Counsel for Proposed Intervenor-Defendant*
 *Vet Voice Foundation*

*Admission pending

2

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; DONALD J. TRUMP FOR PRESIDENT 2024, INC.; MICHIGAN REPUBLICAN PARTY; and RYAN KIDD, in his official capacity as Clerk of Georgetown Township,<br><br>              Plaintiffs,<br>  v.<br><br>GRETCHEN WHITMER, in her official capacity as Governor of Michigan; JOCELYN BENSON, in her official capacity as Michigan Secretary of State; JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections; U.S. SMALL BUSINESS ADMINISTRATION; ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration; DEPARTMENT OF VETERANS AFFAIRS; and DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs<br><br>              Defendants. | CIVIL ACTION<br><br>Case No. 1:24-cv-720-PLM-SJB<br><br>Hon. Paul L. Maloney<br>Hon. Sally J. Berens |

## CERTIFICATE OF SERVICE

I certify that on this 24th day of July 2024, I caused to be served a copy of the above document on all counsel of record and parties via the ECF system.

                                            /s/ *Sarah S. Prescott*
                                            Sarah S. Prescott