# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE,
DONALD J. TRUMP FOR PRESIDENT 2024, INC.,
MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,

v.

JOCELYN BENSON, in her
official capacity as Michigan Secretary of State

Case No. 1:24-cv-00720-PLM-SJB
Hon. Paul L. Maloney

TO: JOCELYN BENSON
ADDRESS: Michigan Department of State
Richard H. Austin Building
430 W. Allegan Street, 4th Floor
Lansing, MI 48918

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



By: Deputy Clerk

July 18, 2024
Date

---

## PROOF OF SERVICE

This summons for __JOCELYN BENSON__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☒ I served the summons on __Erik Grill, Assistant Attorney General__ (name of individual), who is designated by law to accept service of process on behalf of __JOCELYN BENSON__ (name of organization) on __07/19/2024__ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: July 31, 2024

/s/ Jonathan B. Koch
Server's signature

Jonathan B. Koch, Attorney
Server's printed name and title

100 Monroe Center NW, Grand Rapids, MI 49503
Server's address

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE,
DONALD J. TRUMP FOR PRESIDENT 2024, INC.,
MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,

v.

JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections

Case No. 1:24-cv-00720-PLM-SJB
Hon. Paul L. Maloney

TO: JONATHAN BRATER
ADDRESS: 430 W. Allegan Street
Richard H. Austin Building - 1st Floor
Lansing, MI 48918

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk                                  Date

## PROOF OF SERVICE

This summons for __JONATHAN BRATER__ was received by me on _____.
(name of individual and title, if any)                                   (date)

☐ I personally served the summons on the individual at _____
on _____.
(date)                                  (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☒ I served the summons on __Erik Grill, Assistant Attorney General__, who is designated by law to accept service
(name of individual)
of process on behalf of __JONATHAN BRATER__ on __07/19/2024__.
(name of organization)                                             (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __July 31, 2024__

/s/ Jonathan B. Koch
Server's signature

Jonathan B. Koch, Attorney
Server's printed name and title

Additional information regarding attempted service, etc.:

100 Monroe Center NW, Grand Rapids, MI 49503
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE,
DONALD J. TRUMP FOR PRESIDENT 2024, INC.,
MICHIGAN REPUBLICAN PARTY, and RYAN
KIDD,

v.

GRETCHEN WHITMER, in her official capacity as
Governor of Michigan

Case No. 1:24-cv-00720-PLM-SJB
Hon. Paul L. Maloney

TO: GRETCHEN WHITMER
ADDRESS: Governor's Office
111 S. Capitol Avenue
Lansing, MI 48933

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk                          Date

## PROOF OF SERVICE

This summons for __GRETCHEN WHITMER__ was received by me on _____.
(name of individual and title, if any)                          (date)

☐ I personally served the summons on the individual at _____ on _____.
(place where served)                          (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☒ I served the summons on __Erik Grill, Assistant Attorney General__, who is designated by law to accept service
(name of individual)
of process on behalf of __GRETCHEN WHITMER__ on __07/19/2024__.
(name of organization)                          (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __July 31, 2024__

/s/ Jonathan B. Koch
Server's signature

Jonathan B. Koch, Attorney
Server's printed name and title

100 Monroe Center NW, Grand Rapids, MI 49503
Server's address

Additional information regarding attempted service, etc.: