AO 440 (Rev. 07/99) Summons in a Civil Action
Case 1:24-cv-00720-PLM-SJB  ECF No.18, PageID.169 Filed 07/18/24 Page 2 of 12
Case 1:24-cv-00720-PLM-SJB  ECF No.18, PageID.169 Filed 07/31/24 Page 2 of 12

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE,
DONALD J. TRUMP FOR PRESIDENT 2024, INC.,
MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,

v.

DEPARTMENT OF VETERANS AFFAIRS

Case No. 1:24-cv-00720-PLM-SJB
Hon. Paul L. Maloney

TO: DEPARTMENT OF VETERANS AFFAIRS
ADDRESS: c/o Civil Process Clerk, U.S. Attorney's Office for the Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, MI 49503

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk                          Date

## PROOF OF SERVICE

This summons for __DEPARTMENT OF VETERANS AFFAIRS__ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                           (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                    (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☒ Other (specify)  Served certified mail, return receipt requested (attached) on July 22, 2024, signed by Jenelle Kroupa  .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: July 31, 2024

/s/ Briana K. Wallin
Server's signature

Briana K. Wallin, Legal Assistant
Server's printed name and title

100 Monroe Center NW, Grand Rapids, MI 49503
Server's address

Additional information regarding attempted service, etc.:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage
$
Sent To
DEPARTMENT OF VETERANS AFFAIRS
c/o Civil Process Clerk, U.S. Attorney's Office for the
Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, MI 49503

Postmark Here — GRAND RAPIDS LEDYARD JUL 18 2024

7-18-24

214693

9589 0710 5270 0323 0093 67

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPARTMENT OF VETERANS AFFAIRS
c/o Civil Process Clerk, U.S. Attorney's Office for the
Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, MI 49503

9590 9402 8491 3186 7769 69

2. Article Number *(Transfer from service label)*
9589 0710 5270 0323 0093 67

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by *(Printed Name)*: Jenette Kroupa
C. Date of Delivery: 7/22/2024
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE,
DONALD J. TRUMP FOR PRESIDENT 2024, INC.,
MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,

v.

ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration

Case No. 1:24-cv-00720-PLM-SJB
Hon. Paul L. Maloney

TO: ISABEL GUZMAN
ADDRESS: c/o Civil Process Clerk, U.S. Attorney's Office for the Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, MI 49503

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **60** days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk / Date

---

## PROOF OF SERVICE

This summons for **ISABEL GUZMAN** (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☒ Other (specify): Served certified mail, return receipt requested (attached) on July 22, 2024, signed by Jenelle Kroupa.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: July 31, 2024

/s/ Briana K. Wallin
Server's signature

Briana K. Wallin, Legal Assistant
Server's printed name and title

100 Monroe Center NW, Grand Rapids, MI 49503
Server's address

Additional information regarding attempted service, etc.:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage $

Sent To: ISABEL GUZMAN
c/o Civil Process Clerk, U.S. Attorney's Office for the
Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, MI 49503

Street and Ap
City, State, ZI

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark: GRAND RAPIDS JUL 18 2024 49523

9589 0710 5270 0323 0093 98

214693

---

**SENDER: COMPLETE THIS SECTION**

■ ...items 1, 2, and...
...same...add...
so that we can retur... ...to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ISABEL GUZMAN
c/o Civil Process Clerk, U.S. Attorney's Office for the
Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, MI 49503

9590 9402 8491 3186 7753 37

2. Article Number (Transfer from service label)
9589 0710 5270 0323 0093 98

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]     ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name): Jenelle Kroupa
C. Date of Delivery: 7/22/2024

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE,
DONALD J. TRUMP FOR PRESIDENT 2024, INC.,
MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,

v.

ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration

Case No. 1:24-cv-00720-PLM-SJB
Hon. Paul L. Maloney

TO: ISABEL GUZMAN
ADDRESS: c/o U.S. Attorney General, Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk / Date

## PROOF OF SERVICE

This summons for __ISABEL GUZMAN__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☒ Other (specify) Served certified mail, return receipt requested (attached) on July 22, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: July 31, 2024

/s/ Briana K. Wallin
Server's signature
Briana K. Wallin, Legal Assistant
Server's printed name and title
100 Monroe Center NW, Grand Rapids, MI 49503
Server's address

Additional information regarding attempted service, etc.:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here
JUL 18 2024
GRAND RAPIDS

Postage
$

Total Postage
$

Sent To
ISABEL GUZMAN
c/o U.S. Attorney General, Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Street and Apt.

City, State, ZIP

214693

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Article number: 9589 0710 5270 0323 0093 81

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ISABEL GUZMAN
c/o U.S. Attorney General, Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

9590 9402 8491 3186 7753 44

2. Article Number *(Transfer from service label)*
9589 0710 5270 0323 0093 81

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ (signed)
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
JUL 23 2024

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

*REJECTED*

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

AO 440 (Rev. 07/09) Summons in a Civil Action / ECF
Case 1:24-cv-00720-PLM-SJB ECF No. 18, PageID.525 Filed 07/18/24 Page 8 of 12
Case 1:24-cv-00720-PLM-SJB ECF No. 18, PageID.525 Filed 07/31/24 Page 7 of 12

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE,
DONALD J. TRUMP FOR PRESIDENT 2024, INC.,
MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,

v.

DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs

Case No. 1:24-cv-00720-PLM-SJB
Hon. Paul L. Maloney

TO: DENIS McDONOUGH
ADDRESS: c/o Civil Process Clerk, U.S. Attorney's Office for the Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, MI 49503

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



By: Deputy Clerk          July 18, 2024
                              Date

---

## PROOF OF SERVICE

This summons for __DENIS McDONOUGH__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☒ Other (specify): Served certified mail, return receipt requested (attached) on July 22, 2024, signed by Jenelle Kroupa.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: July 31, 2024

/s/ Briana K. Wallin
*Server's signature*

Briana K. Wallin, Legal Assistant
*Server's printed name and title*

100 Monroe Center NW, Grand Rapids, MI 49503
*Server's address*

Additional information regarding attempted service, etc.:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $              Postmark
☐ Certified Mail Restricted Delivery $            Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark: GRAND RAPIDS, JUL 18 2024, YARD 49503

Postage
$
Total Postage
$
Sent To:
DENIS McDONOUGH
c/o Civil Process Clerk, U.S. Attorney's Office for the
Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, MI 49503

214693

Article number: 9589 0710 5270 0323 0093 05

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DENIS McDONOUGH
c/o Civil Process Clerk, U.S. Attorney's Office for the
Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, MI 49503

9590 9402 8491 3186 7767 30

2. Article Number (Transfer from service label)
9589 0710 5270 0323 0093 05

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]                  ☐ Agent
                               ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Jenelle Kroupa                  7/22/2024

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☒ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE,
DONALD J. TRUMP FOR PRESIDENT 2024, INC.,
MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,

v.

DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs

Case No. 1:24-cv-00720-PLM-SJB
Hon. Paul L. Maloney

TO: DENIS McDONOUGH
ADDRESS: c/o U.S. Attorney General, Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk / Date

---

## PROOF OF SERVICE

This summons for __DENIS McDONOUGH__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☒ Other (specify): Served certified mail, return receipt requested (attached) on July 25, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: July 31, 2024

/s/ Briana K. Wallin
Server's signature

Briana K. Wallin, Legal Assistant
Server's printed name and title

100 Monroe Center NW, Grand Rapids, MI 49503
Server's address

Additional information regarding attempted service, etc.:



AO 440 (Rev. 08/09) Summons in a Civil Action

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,

v.

U.S. SMALL BUSINESS ADMINISTRATION

Case No. 1:24-cv-00720-PLM-SJB
Hon. Paul L. Maloney

TO: U.S. SMALL BUSINESS ADMINISTRATION
ADDRESS: c/o Civil Process Clerk, U.S. Attorney's Office for the Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, MI 49503

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jonathan B. Koch (P80408)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000

CLERK OF COURT



July 18, 2024

By: Deputy Clerk        Date

## PROOF OF SERVICE

This summons for __U.S. SMALL BUSINESS ADMINISTRATION__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☒ Other (specify): Served certified mail, return receipt requested (attached) on July 22, 2024, signed by Jenelle Kroupa.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: July 31, 2024

/s/ Briana K. Wallin
Server's signature

Briana K. Wallin, Legal Assistant
Server's printed name and title

100 Monroe Center NW, Grand Rapids, MI 49503
Server's address

Additional information regarding attempted service, etc.:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage
$

Postmark Here
GRAND RAPIDS
JUL 18 2024
LEDYARD 49523
7-18-24

Sent To
U.S. SMALL BUSINESS ADMINISTRATION
c/o Civil Process Clerk, U.S. Attorney's Office for the Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, MI 49503

214693

9589 0710 5270 0323 0093 36

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. SMALL BUSINESS ADMINISTRATION
c/o Civil Process Clerk, U.S. Attorney's Office for the Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, MI 49503

9590 9402 8491 3186 7766 93

2. Article Number *(Transfer from service label)*
9589 0710 5270 0323 0093 36

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*: Jenelle Krapa
C. Date of Delivery: 7/22/2024

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt