UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY and RYAN KIDD,

     Plaintiffs,

v

GRETCHEN WHITMER, in her official capacity as Governor of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State, JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections, U.S. SMALL BUSINESS ADMINISTRATION, ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration, DEPARTMENT OF VETERANS AFFAIRS, and DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs,

     Defendants.

No. 1:24-cv-00720

HON. PAUL L. MALONEY

---

Jonathan B. Koch (P80408)
Drew W. Broaddus (P64658)
Attorneys for Plaintiffs
100 Monroe Center, NW
Grand Rapids, Michigan 49503
616.774.8000
jkoch@shrr.com
dbroaddus@shrr.com

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants Whitmer, Benson and Brater
PO Box 30736
Lansing, Michigan 48909
517.335.7659
meingasth@michigan.gov
grille@michigan.gov

_____/

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS WHITMER, BENSON AND BRATER TO RESPOND TO PLAINTIFFS' COMPLAINT**

The parties hereby stipulate and agree to an extension until August 23, 2024 for Defendants Governor Gretchen Whitmer, Secretary of State Jocelyn Benson and Bureau of Elections Director Jonathan Brater to file a first responsive pleading to Plaintiffs' complaint;

**IT IS HEREBY ORDERED** that a response to the complaint will be required from Defendants Gretchen Whitmer, Jocelyn Benson and Jonathan Brater on or before August 23, 2024.

Date: _____                    _____
                                    HON. PAUL L. MALONEY
                                    District Court Judge

The parties, through their respective counsel, stipulate to the entry of the above order.

*s/Jonathan B. Koch (w/consent)*          Dated: August 9, 2024
Jonathan B. Koch (P80408)
Drew W. Broaddus (P64658)
Attorneys for Plaintiffs
100 Monroe Center, NW
Grand Rapids, Michigan 49503
616.774.8000

*s/Heather S. Meingast*                   Dated: August 9, 2024
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants Whitmer, Benson & Brater
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659