UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,<br><br>    Plaintiffs,<br><br>v<br><br>GRETCHEN WHITMER, in her official capacity as Governor of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State; and JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections, U.S. SMALL BUSINESS ADMINISTRATION, ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration, DEPARTMENT OF VETERANS AFFAIRS, and, DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs,<br><br>    Defendants. | CASE NO. 1:24−cv−00720−PLM−SJB<br><br>HON. PAUL L. MALONEY<br><br>HON. SALLY J. BERENS |

## **Certificate of Compliance Regarding Word Count Regarding Plaintiff's Response to Vet Voice's Motion to Intervene**

I certify that the Plaintiff's Response to Vet Voice's Motion to Intervene was prepared in accordance with MCR 7.212(B)(5) using Microsoft Word and 12-point Times New Roman font and consists of 3,855 words.

Date: August 19, 2024         By:   */s/ Jonathan B. Koch*
                                    Jonathan B. Koch (P80408)
                                    Drew W. Broaddus (P64658)
                                    SMITH HAUGHEY RICE & ROEGGE
                                    Attorneys for Plaintiffs
                                    100 Monroe Center NW
                                    Grand Rapids, MI 49503
                                    (616) 774-8000 / 616-774-2461 (fax)
                                    jkoch@shrr.com
                                    dbroaddus@shrr.com

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

<div style="margin-left: 40%;">

By: */s/ David A. Warrington*
David A. Warrington (*Admission Pending*)
Gary Lawkowski
DHILLON LAW GROUP
Attorneys for Plaintiff Donald J. Trump for President 2024, Inc.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
415-433-1700 / 415-520-6593 (fax)
dwarrington@dhillonlaw.com
glawkowski@dhillonlaw.com

</div>