UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY and RYAN KIDD<br><br>　　　　Plaintiffs,<br><br>v<br><br>GRETCHEN WHITMER, in her official capacity as Governor of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State, JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections, U.S. SMALL BUSINESS ADMINISTRATION, ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration, DEPARTMENT OF VETERANS AFFAIRS, and DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs,<br><br>　　　　Defendants. | No. 1:24-cv-00720<br><br>HON. PAUL L. MALONEY<br><br>**DEFENDANTS GOVERNOR GRETCHEN WHITMER, SECRETARY OF STATE JOCELYN BENSON AND DIRECTOR OF ELECTIONS JONATHAN BRATER'S MOTION TO DISMISS** |

| | |
|---|---|
| Jonathan B. Koch (P80408)<br>Drew W. Broaddus (P64658)<br>Attorneys for Plaintiffs<br>100 Monroe Center, NW<br>Grand Rapids, Michigan 49503<br>616.774.8000<br>jkoch@shrr.com<br>dbroaddus@shrr.com | Heather S. Meingast (P55439)<br>Erik A. Grill (P64713)<br>Assistant Attorneys General<br>Attorneys for Defendants Whitmer, Benson and Brater<br>PO Box 30736<br>Lansing, Michigan 48909<br>517.335.7659<br>meingasth@michigan.gov<br>grille@michigan.gov |

_____/

1

### DEFENDANTS GOVERNOR GRETCHEN WHITMER, SECRETARY OF STATE JOCELYN BENSON AND DIRECTOR OF ELECTIONS JONATHAN BRATER'S MOTION TO DISMISS

Defendants Governor Gretchen Whitmer, Secretary of State Jocelyn Benson and Director of Elections Jonathan Brater, by counsel, move this Court to dismiss Plaintiffs' complaint under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) for the reasons stated in the accompanying brief.

Respectfully submitted,

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for State Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
(P55439)

Dated: August 23, 2024

### CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

*s/Heather S. Meingast*
Erik A. Grill (P64713)
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
P55439

2