UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REPUBLICAN NATIONAL COMMITTEE,
DONALD J. TRUMP FOR PRESIDENT                No. 1:24-cv-00720
2024, INC., MICHIGAN REPUBLICAN
PARTY and RYAN KIDD                          HON. PAUL L. MALONEY

       Plaintiffs,

v

GRETCHEN WHITMER, in her official
capacity as Governor of Michigan,
JOCELYN BENSON, in her official capacity
as Michigan Secretary of State, JONATHAN
BRATER, in his official capacity as Director
of the Michigan Bureau of Elections, U.S.
SMALL BUSINESS ADMINISTRATION,
ISABEL GUZMAN, in her official capacity
as Administrator of the Small Business
Administration, DEPARTMENT OF
VETERANS AFFAIRS, and DENIS
McDONOUGH, in his official capacity as
Secretary of Veterans Affairs,

       Defendants.

_____/

**DEFENDANTS GOVERNOR GRETCHEN WHITMER, SECRETARY OF
STATE JOCELYN BENSON AND DIRECTOR OF ELECTIONS JONATHAN
BRATER'S BRIEF IN SUPPORT OF MOTION TO DISMISS**

**EXHIBIT LIST**

A. Interagency Agreement
B. Memorandum of Agreement
C. Memorandum of Understanding