UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY and RYAN KIDD, | No. 1:24-cv-00720 |
| | HON. PAUL L. MALONEY |
| Plaintiffs, | MAG. JUDGE SALLY J. BERENS |
| v | |
| GRETCHEN WHITMER, in her official capacity as Governor of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State, JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections, U.S. SMALL BUSINESS ADMINISTRATION, ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration, DEPARTMENT OF VETERANS AFFAIRS, and DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs, | |
| Defendants. | |

| | |
|---|---|
| Jonathan B. Koch (P80408) | Heather S. Meingast (P55439) |
| Drew W. Broaddus (P64658) | Erik A. Grill (P64713) |
| Attorneys for Plaintiffs | Assistant Attorneys General |
| 100 Monroe Center, NW | Attorneys for Defendants Whitmer, |
| Grand Rapids, Michigan 49503 | Benson and Brater |
| 616.774.8000 | PO Box 30736 |
| jkoch@shrr.com | Lansing, Michigan 48909 |
| dbroaddus@shrr.com | 517.335.7659 |
| | meingasth@michigan.gov |
| | grille@michigan.gov |

_____/

**CERTIFICATE OF CONCURRENCE**

1

In accordance with W.D. Mich. LCivR 7.1(d), the undersigned hereby certifies that she contacted Plaintiffs' counsel via email to ascertain whether Defendant Benson's motion to dismiss would be opposed.  Plaintiffs' counsel did not concur.

        Respectfully submitted,

        *s/Heather S. Meingast*
        Heather S. Meingast (P55439)
        Erik A. Grill (P64713)
        Assistant Attorneys General
        Attorneys for Defendants Whitmer, Benson and Brater
        P.O. Box 30736
        Lansing, Michigan 48909
        517.335.7659
        Email:  meingasth@michigan.gov
        (P55439)

Dated:  August 23, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

        *s/Heather S. Meingast*
        Heather S. Meingast (P55439)
        P.O. Box 30736
        Lansing, Michigan 48909
        517.335.7659
        Email:  meingasth@michigan.gov
        P55439