UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY and RYAN KIDD,

    Plaintiffs,

v

GRETCHEN WHITMER, in her official capacity as Governor of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State, JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections, U.S. SMALL BUSINESS ADMINISTRATION, ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration, DEPARTMENT OF VETERANS AFFAIRS, and DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs,

    Defendants.

No. 1:24-cv-00720

HON. PAUL L. MALONEY

MAG. JUDGE SALLY J. BERENS

---

| | |
|---|---|
| Jonathan B. Koch (P80408) | Heather S. Meingast (P55439) |
| Drew W. Broaddus (P64658) | Erik A. Grill (P64713) |
| Attorneys for Plaintiffs | Assistant Attorneys General |
| 100 Monroe Center, NW | Attorneys for Defendants Whitmer, |
| Grand Rapids, Michigan 49503 | Benson and Brater |
| 616.774.8000 | PO Box 30736 |
| jkoch@shrr.com | Lansing, Michigan 48909 |
| dbroaddus@shrr.com | 517.335.7659 |
| | meingasth@michigan.gov |
| | grille@michigan.gov |

_____/

**CERTIFICATE OF COMPLIANCE**

1

Certificate of Compliance with Type-Volume Limit
and Typeface Requirements

1. This brief complies with the type-volume limitation of Local Rule 7.2(b)(ii) because, excluding the part of the document exempted by this rule, this brief contains less than 10,800 words.  This document contains 6,747 words.

2. This document complies with the typeface requirements of Local Rule 7.2(b)(ii) because this document has been prepared in a proportionally spaced typeface using Word 2013 in 12-point Century Schoolbook.

Respectfully submitted,

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants Whitmer, Benson and Brater
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email:  meingasth@michigan.gov
(P55439)

Dated:  August 23, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email:  meingasth@michigan.gov
P55439