UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,

      Plaintiffs,

v

GRETCHEN WHITMER, in her official capacity as Governor of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State; and JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections, U.S. SMALL BUSINESS ADMINISTRATION, ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration, DEPARTMENT OF VETERANS AFFAIRS, and, DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs,

      Defendants.

CASE NO. 1:24−cv−00720−PLM−SJB

HON. PAUL L. MALONEY

**Plaintiffs' Motion for Summary Judgment**

**\*\*\*Oral Argument Requested\*\*\***

Jonathan B. Koch (P80408)
Drew W. Broaddus (P64658)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Plaintiffs
100 Monroe Center NW
Grand Rapids, MI 49503-2802
616-774-8000 / 616-774-2461 (fax)
jkoch@shrr.com
dbroaddus@shrr.com

David A. Warrington (*Admission Pending*)
Gary Lawkowski
DHILLON LAW GROUP
Attorneys for Plaintiff Donald J. Trump for President 2024, Inc.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
415-433-1700 / 415-520-6593 (fax)
dwarrington@dhillonlaw.com
glawkowski@dhillonlaw.com

## Plaintiffs' Motion for Summary Judgment

Plaintiffs, the Republican National Committee ("The RNC"), Donald J. Trump for President 2024, Inc. ("Trump Campaign"), the Michigan Republican Party ("MRP"), and Ryan Kidd ("Plaintiffs"), by and through their attorneys, Smith Haughey Rice & Roegge, respectfully move this Court for summary judgment under Fed. R. Civ. P 56, and request an Order providing the following relief:

A. A declaratory judgment that the State Defendants have violated Michigan Const. 1963, art. 2, § 4(2), as well as MCL 168.509m and MCL 168.509u;

B. A permanent injunction barring the State Defendants from designating any VRAs without express authorization from the Michigan Legislature;

C. An order declaring the designation of any VRAs under ED 2023-6, the 2022 Interagency Agreement, the 2023 Memorandum of Understanding ("MOU") and Memorandum of Agreement ("MOA"), and any future executive directives issued without legislative authorization are invalid;

D. A declaratory judgment that the SBA and VA are in violation of Section 7 of the NVRA;

E. A declaratory judgment that the SBA and VA are in violation of the APA;

F. A permanent injunction barring the SBA and VA from operating as VRAs without express authorization from the Michigan Legislature;

G. An order declaring the designation of the SBA and VA as VRAs under ED 2023-6, the MOA, and MOU, and any future executive directives issued without legislative authorization is invalid.

H. Plaintiffs' reasonable costs and expenses of this action, including attorneys' fees; and

I. All other further relief that Plaintiffs may be entitled to.

Date: August 23, 2024         By:   /s/ Jonathan B. Koch
                                    Jonathan B. Koch (P80408)
                                    Drew W. Broaddus (P64658)
                                    SMITH HAUGHEY RICE & ROEGGE
                                    Attorneys for Plaintiffs
                                    100 Monroe Center NW
                                    Grand Rapids, MI 49503
                                    (616) 774-8000 / 616-774-2461 (fax)
                                    jkoch@shrr.com
                                    dbroaddus@shrr.com

By: /s/ *Gary Lawkowski*
David A. Warrington (*Admission Pending*)
Gary Lawkowski
DHILLON LAW GROUP
Attorneys for Plaintiff Donald J. Trump for President 2024, Inc.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
415-433-1700 / 415-520-6593 (fax)
dwarrington@dhillonlaw.com
glawkowski@dhillonlaw.com

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation