UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,

    Plaintiffs,

v

GRETCHEN WHITMER, in her official capacity as Governor of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State; and JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections, U.S. SMALL BUSINESS ADMINISTRATION, ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration, DEPARTMENT OF VETERANS AFFAIRS, and, DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs,

    Defendants.

CASE NO. 1:24−cv−00720−PLM−SJB

HON. PAUL L. MALONEY

HON. SALLY J. BERENS

## Index of Exhibits for Plaintiffs' Brief in Support of Motion for Summary Judgment

| No. | Description |
|---|---|
| 1 | Federal Election Commission's Guide to Implementing the National Voter Registration Act of 1993: Requirements, Issues, Approaches, and Examples, at 1-5 (1994) |
| 2 | Executive Order 1995-1 |
| 3 | Executive Directive 2022-4 |
| 4 | VA News Press Release |
| 5 | Executive Directive 2023-6 |
| 6 | Executive Directive 2024-3 |
| 7 | Unpublished opinion of the Michigan Attorney General (No. 7224, February 20, 2009). |

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

| | |
|---|---|
| 8 | Executive Order 14019 |

|  |  |
|---|---|
| Date: August 23, 2024 | By: */s/ Jonathan B. Koch*<br>Jonathan B. Koch (P80408)<br>Drew W. Broaddus (P64658)<br>SMITH HAUGHEY RICE & ROEGGE<br>Attorneys for Plaintiffs<br>100 Monroe Center NW<br>Grand Rapids, MI 49503<br>(616) 774-8000 / 616-774-2461 (fax)<br>jkoch@shrr.com<br>dbroaddus@shrr.com |
|  | By: */s/ David A. Warrington*<br>David A. Warrington (*Admission Pending*)<br>Gary Lawkowski<br>DHILLON LAW GROUP<br>Attorneys for Plaintiff Donald J. Trump for President 2024, Inc.<br>2121 Eisenhower Avenue, Suite 608<br>Alexandria, VA 22314<br>415-433-1700 / 415-520-6593 (fax)<br>dwarrington@dhillonlaw.com<br>glawkowski@dhillonlaw.com |

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation