🇺🇸 An official website of the United States government    Here's how you know

**Talk to the Veterans Crisis Line now**

VA.gov    Locations    Business    VA Careers

Contact Us

**VA | News**

News ⌄    Resources ⌄    VA Podcast Network

VA Press Room

Home  /  Press Room

# Three Michigan VA locations will be pilot voter registration sites

FOR IMMEDIATE RELEASE

September 19, 2023  12:30 pm

## Agreement paves the way for VA to be a Voter Registration Agency in Michigan

**WASHINGTON** — Today, on National Voter Registration Day, the U.S. Department of Veterans Affairs and the office of the Michigan Secretary of State announced the signing of an interagency agreement to designate the Saginaw VA Medical

Center, the Detroit VA Medical Center, and the Detroit Regional Office as voter registration sites. This agreement will empower VA to provide voter registration information and assistance to Veterans and eligible dependents at these three facilities.

"Supporting our nation's Veterans includes making sure they can fully participate in our democratic process by voting," said **Acting Deputy Secretary of Veterans Affairs Guy Kiyokawa.** "Veterans fought for the rights and freedoms that define us all as Americans, and it's our job to make sure they can enjoy those rights and freedoms here at home."

"Those who served our nation in uniform must be able to participate in our democracy," said **Governor Gretchen Whitmer.** "Three Michigan VA locations will become sites for veterans and their families to register to vote, ensuring their voices are heard in our elections. In Michigan, we have significantly expanded civil rights this year by implementing ballot Proposal 2, which made it easier to vote in a secure way across the state. Our partnership with the VA will encourage full participation in our democracy by our military families, who sacrifice so much for our fundamental freedoms."

"I'm proud today to announce this historic partnership between the state of Michigan and the U.S. Department of Veterans Affairs to ensure we expand opportunities for all veterans and their families to play an active role in our democracy," said **Michigan Secretary of State Jocelyn Benson.** "This partnership will break down many barriers that keep veterans from participating in our democratic process and will provide the information and tools they need to fully exercise their voting rights in every election."

Through this partnership, VA is working to make it easier for Michigan Veterans to exercise their fundamental right to vote, as part of implementing Executive Order 14019, "Promoting Access to Voting." This joint effort will "expand citizens' opportunities to register to vote and to obtain information about, and participate in, the electoral process to make voting more accessible to all Americans."

The official designation of VA as a voter registration agency will come through executive action by Governor Whitmer in the near future. To learn more about VA's efforts to provide voter registration assistance to Veterans, go to How Veterans Can Register to Vote. To learn more about how to register and vote in Michigan, go to Michigan Voter Information Center (state.mi.us)    .

###



Reporters and media outlets with questions or comments should contact the Office of Media Relations at vapublicaffairs@va.gov



Veterans with questions about their health care and benefits (including GI Bill). Questions, updates and documents can be submitted online.

Contact us online through Ask VA

Veterans can also use our chatbot to get information about VA benefits and services.

| | |
|---|---|
| for Veteran Families and Homeless Providers Grant and Per Diem programs. | new government-wide website and call center designed to combat fraud. |

Last updated September 19, 2023





U.S. Department of Veterans Affairs
810 Vermont Ave., NW
Washington, DC 20420
1-800-698-2411

## VA News

An official website of the U.S. Department of Veterans Affairs

| | | |
|---|---|---|
| VA.gov | Accessibility at VA | Privacy policy |
| ChooseVA | No FEAR Act data | FOIA requests |
| DiscoverVA | Whistleblower Protection | Disclaimers |
| DigitalVA | Office of the Inspector General | Open data |
| VA Forms | | Vulnerability disclosure policy |
| VA Publications | VA plans, budget, finances, and performance | |
| About VA | | Copyright policy |
| VA mobile apps | Agency Financial Report | |

Looking for U.S. government information and services?  Visit USA.gov