

**STATE OF MICHIGAN**
**OFFICE OF THE GOVERNOR**
LANSING

GRETCHEN WHITMER
GOVERNOR

GARLIN GILCHRIST II
LT. GOVERNOR

# EXECUTIVE DIRECTIVE

## No. 2023-6

To:   State Department Directors and Autonomous Agency Heads
From: Governor Gretchen Whitmer
Date: December 18, 2023
Re:   Expanding Voting Opportunities and Updating Michigan's List of Voter Registration Agencies

---

Voting is the lifeblood of our democracy. When more Michiganders vote, our government is more accountable to the people. I am fully committed to protecting the fundamental right to vote, making participation in our democracy more accessible, combatting misinformation, and empowering all eligible voters to make their voices heard.

In furtherance of that commitment, last year I issued Executive Directive 2022-4, which instructed each department and agency to identify and assess opportunities to expand eligible Michiganders' ability to register to vote and find access to accurate voting information. Each department and agency took this request seriously and demonstrated a willingness to engage thoughtfully on the question of how to better attain our democratic ideals. Having reviewed the responses to Executive Directive 2022-4, and after consulting with the Department of State, we have developed a series of "Voting Information Best Practices" that each department and agency should adopt.

In addition, Section 7 of the National Voter Registration Act (NVRA) requires Michigan to designate certain state offices as voter registration agencies including, but not limited to, all offices providing public assistance or providing state-funded programs primarily engaged in providing services to persons with disabilities. As explained in Executive Directive 2022-4, the operative list of Michigan's voter registration agencies is nearly 30 years old and in need of an update. Thanks to the work by state offices in response to Executive Directive 2022-4, I am now prepared to update Michigan's list of voter registration agencies to accurately reflect our current governmental structures.

Section 7(a)(3)(B)(*ii*) of the NVRA also encourages Michigan to reach agreements with federal offices located in the state to designate them as voter registration agencies. Eager to take advantage of this opportunity to further expand registration opportunities, Michigan has reached an agreement with the U.S. Department of Veterans Affairs to designate the

Saginaw VA Medical Center, the Detroit VA Medical Center, and the Department's Detroit Regional Office as voter registration agencies.

Section 1 of article 5 of the Michigan Constitution of 1963 vests the executive power of the State of Michigan in the governor.

Section 8 of article 5 of the Michigan Constitution of 1963 places each principal department under the supervision of the governor.

Acting under the Michigan Constitution of 1963 and Michigan law, I direct the following:

1. All departments and autonomous agencies must adopt, to the greatest extent possible, each of the following "Voting Information Best Practices":

    a. Place a link to michigan.gov/vote, the Michigan Voter Information Center (MVIC), in the footer or pre-footer area of each department or agency website.

    b. Include a link to the MVIC in the footer of emails distributed to the general public.

    c. Include a QR code containing a link to the MVIC on printed materials that are distributed to members of the public.

    d. Play a message containing information about the MVIC to those who call the office and are placed on hold.

    e. Encourage office employees to place in the signature of their office email a link or graphic that links to the MVIC.

    f. Place signage containing a QR code linking to the MVIC within public-facing areas of all offices.

    g. Encourage and create opportunities for office employees to volunteer as non-partisan election workers.

2. The Department of Technology, Management, and Budget shall assist departments and agencies in their efforts to adopt the Voting Information Best Practices. Departments and agencies should keep in mind that the Department of State is also equipped to assist in these efforts.

3. Pursuant to subsections 7(a)(2) and 7(a)(3)(B)(*i*) of the National Voter Registration Act, 52 U.S.C. § 20506(a)(2), (a)(3)(B)(*i*), the following state departments, agencies, and offices are designated as voter registration agencies:

    a. Michigan Department of Health and Human Services;

    b. Michigan Department of Military and Veterans Affairs;

    c. Michigan Rehabilitation Services of the Michigan Department of Labor and Economic Opportunity's Office of Employment and Training;

    d. Bureau of Services for Blind Persons of the Michigan Department of Labor and Economic Opportunity's Office of Employment and Training;

    e. Wage and Hour Division of the Michigan Department of Labor and Economic Opportunity's Bureau of Employment Relations;

    f. Michigan Worker's Disability Compensation Agency;

    g. Workforce Development of the Michigan Department of Labor and Economic Opportunity's Office of Employment and Training; and

    h. Michigan State Housing Development Authority.

4. Each of the departments, agencies, and offices identified in Section 3 shall immediately begin working with the Department of State to reach an agreement that sets forth the scope of voting-related services that it will provide. Once that agreement is reached, the department, agency, or office shall immediately begin providing the services required of a voter registration agency by Section 7 of the NVRA.

5. Pursuant to subsection 7(a)(3)(B)(*ii*) of the NVRA, 52 U.S.C. § 20506(a)(3)(B)(*ii*), the U.S. Department of Veterans Affairs is designated as a voter registration agency subject to the agreement it has signed with the State of Michigan.

This directive is effective immediately.

Thank you for your cooperation in its implementation.

_____
GRETCHEN WHITMER
GOVERNOR