

GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
OFFICE OF THE GOVERNOR
LANSING

GARLIN GILCHRIST II
LT. GOVERNOR

# EXECUTIVE DIRECTIVE

## No. 2024-3

To: State Department Directors and Autonomous Agency Heads
From: Governor Gretchen Whitmer
Date: June 20, 2024
Re: Updating Michigan's List of Voter Registration Agencies

Since I first took office, my administration has committed itself to maximizing eligible Michiganders' opportunities to register to vote and cast ballots. As part of this effort, in 2022 I directed all departments and agencies to identify and assess opportunities to expand access to registration and accurate information about voting. Last year, I issued Executive Directive 2023-6 which used the responses to my 2022 directive to establish a series of "Voting Information Best Practices" for every department and agency to adopt.

Executive Directive 2023-6 also achieved the first wholesale update of Michigan's list of voter registration agencies under the National Voter Registration Act (NVRA) in nearly 30 years. Under the NVRA, state offices designated as voter registration agencies must provide information about, and assistance in, registering to vote to individuals with whom they transact business.

In addition to requiring certain state offices to be designated voter registration agencies, the NVRA encourages states to reach agreements to designate federal offices in their state as voter registration agencies. Executive Directive 2023-6 formalized such an agreement between Michigan and the U.S. Department of Veterans Affairs, designating three VA locations in Michigan as voter registration agencies.

But our work has not stopped there. In the short time since I issued Executive Directive 2023-6, Michigan has reached another state-federal voter registration agency agreement, this time with the U.S. Small Business Administration (SBA). Pursuant to that agreement, the SBA will provide registration information and assistance to eligible Michiganders who apply for SBA assistance or services, seek recertification or renewal of those services, or update their address with the SBA.

2

Section 1 of article 5 of the Michigan Constitution of 1963 vests the executive power of the State of Michigan in the governor.

Section 8 of article 5 of the Michigan Constitution of 1963 places each principal department under the supervision of the governor.

Acting under the Michigan Constitution of 1963 and Michigan law, I direct the following:

1. Pursuant to subsection 7(a)(3)(B)(*ii*) of the NVRA, 52 U.S.C. § 20506(a)(3)(B)(*ii*), the U.S. Small Business Administration is designated as a voter registration agency subject to the agreement it has signed with the Michigan Department of State.

This directive is effective immediately.

Thank you for your cooperation in its implementation.

_____
GRETCHEN WHITMER
GOVERNOR