UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,<br><br>    Plaintiffs,<br><br>v<br><br>GRETCHEN WHITMER, in her official capacity as Governor of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State; and JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections, U.S. SMALL BUSINESS ADMINISTRATION, ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration, DEPARTMENT OF VETERANS AFFAIRS, and, DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs,<br><br>    Defendants. | CASE NO. 1:24−cv−00720−PLM−SJB<br><br>HON. PAUL L. MALONEY<br><br>HON. SALLY J. BERENS |

## <u>Certificate of Concurrence Regarding Plaintiffs' Motion and Brief in Support of Motion for Summary Judgment</u>

Pursuant to W.D. Mich. L. Civ. R. 7.1(d), I certify that I contacted counsel for all Defendants to ascertain whether Plaintiffs' Motion for Summary Judgment would be opposed. Concurrence was expressly denied by counsel for all Defendants.

| | |
|---|---|
| Date: August 23, 2024 | By:   */s/ Jonathan B. Koch*<br>     Jonathan B. Koch (P80408)<br>     Drew W. Broaddus (P64658)<br>     SMITH HAUGHEY RICE & ROEGGE<br>     Attorneys for Plaintiffs<br>     100 Monroe Center NW<br>     Grand Rapids, MI 49503<br>     (616) 774-8000 / 616-774-2461 (fax)<br>     jkoch@shrr.com<br>     dbroaddus@shrr.com |

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

By: */s/ David A. Warrington*
David A. Warrington (*Admission Pending*)
Gary Lawkowski
DHILLON LAW GROUP
Attorneys for Plaintiff Donald J. Trump for President 2024, Inc.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
415-433-1700 / 415-520-6593 (fax)
dwarrington@dhillonlaw.com
glawkowski@dhillonlaw.com

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation