UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,<br><br>        Plaintiffs,<br><br>v<br><br>GRETCHEN WHITMER, in her official capacity as Governor of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State; and JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections, U.S. SMALL BUSINESS ADMINISTRATION, ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration, DEPARTMENT OF VETERANS AFFAIRS, and, DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs,<br><br>        Defendants. | CASE NO. 1:24−cv−00720−PLM−SJB<br><br>HON. PAUL L. MALONEY<br><br>HON. SALLY J. BERENS |

## **Certificate of Compliance Regarding Word Count Regarding Plaintiffs' Brief in Support of Motion for Summary Judgment**

I certify that the Plaintiff's Brief in Support of Motion for Summary Judgment was prepared in accordance with MCR 7.212(B)(5) using Microsoft Word and 12-point Times New Roman font and consists of 8,248 words.

| | |
|---|---|
| Date: August 23, 2024 | By:  */s/ Jonathan B. Koch*<br>Jonathan B. Koch (P80408)<br>Drew W. Broaddus (P64658)<br>SMITH HAUGHEY RICE & ROEGGE<br>Attorneys for Plaintiffs<br>100 Monroe Center NW<br>Grand Rapids, MI 49503<br>(616) 774-8000 / 616-774-2461 (fax)<br>jkoch@shrr.com<br>dbroaddus@shrr.com |

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

<div style="margin-left:40%">

By:   */s/ David A. Warrington*
David A. Warrington (*Admission Pending*)
Gary Lawkowski
DHILLON LAW GROUP
Attorneys for Plaintiff Donald J. Trump for President 2024, Inc.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
415-433-1700 / 415-520-6593 (fax)
dwarrington@dhillonlaw.com
glawkowski@dhillonlaw.com

</div>

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation