UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY and RYAN KIDD,

   Plaintiffs,

v

GRETCHEN WHITMER, in her official capacity as Governor of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State, JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections, U.S. SMALL BUSINESS ADMINISTRATION, ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration, DEPARTMENT OF VETERANS AFFAIRS, and DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs,

   Defendants.

No. 1:24-cv-00720

HON. PAUL L. MALONEY

**STIPULATED ORDER EXTENDING TIME FOR RESPONSES TO MOTIONS**

_____/

| | |
|---|---|
| Jonathan B. Koch (P80408) | Heather S. Meingast (P55439) |
| Drew W. Broaddus (P64658) | Erik A. Grill (P64713) |
| Attorneys for Plaintiffs | Assistant Attorneys General |
| 100 Monroe Center, NW | Attorneys for Defendants Whitmer, |
| Grand Rapids, Michigan 49503 | Benson and Brater |
| 616.774.8000 | PO Box 30736 |
| jkoch@shrr.com | Lansing, Michigan 48909 |
| dbroaddus@shrr.com | 517.335.7659 |
| | meingasth@michigan.gov |
| | grille@michigan.gov |

**STIPULATED ORDER EXTENDING TIME FOR RESPONSES TO MOTIONS**

   The parties hereby stipulate and agree to an extension until September 27, 2024 for Defendants Governor Gretchen Whitmer, Secretary of State Jocelyn

Benson and Bureau of Elections Director Jonathan Brater to file their response to Plaintiffs' motion for summary judgment;

Further, the parties stipulate and agree to an extension until September 27, 2024 for Plaintiffs Republican National Committee, Donald J. Trump for President 2024, Michigan Republican Party and Ryan Kidd to file their response to Defendants' motion to dismiss;

**IT IS HEREBY ORDERED** that responses to the pending motions to dismiss or for summary judgment will be required from Defendants and Plaintiffs as stated above on or before September 27, 2024.

Date: _____                    _____
                                    HON. PAUL L. MALONEY
                                    District Court Judge

The parties, through their respective counsel, stipulate to the entry of the above order.

*s/Jonathan B. Koch (w/consent)*          Dated: September 20, 2024
Jonathan B. Koch (P80408)
Drew W. Broaddus (P64658)
Attorneys for Plaintiffs
100 Monroe Center, NW
Grand Rapids, Michigan 49503
616.774.8000

*s/Heather S. Meingast*                   Dated: September 20, 2024
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants Whitmer, Benson & Brater
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659

2