IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REPUBLICAN NATIONAL
COMMITTEE, et al.,

    *Plaintiffs*,

v.

GRETCHEN WHITMER, et al.,

    *Defendants*.

Case No. 1:24-cv-720-PLM-SJB

**FEDERAL DEFENDANTS' MOTION TO DISMISS**

Defendants U.S. Small Business Administration, Isabel Guzman, in her official capacity as Administrator of the Small Business Administrator, Department of Veterans Affairs, and Denis McDonough, in his official capacity as Secretary of Veterans Affairs, move this Court to dismiss Plaintiffs' complaint under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) for the reasons stated in the accompanying brief.

In accordance with W.D. Mich. LCivR 7.1(d), the undersigned hereby certifies that he contacted Plaintiffs' counsel via email to ascertain whether this motion would be opposed. Plaintiffs' counsel indicated that Plaintiffs will oppose the motion.

DATED: September 20, 2024               Respectfully submitted,

                                                   BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ *Jacob S. Siler*
JACOB S. SILER
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-4556
Facsimile: (202) 616-8460
Email: jacob.s.siler@usdoj.gov

*Counsel for Federal Defendants*