# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; DONALD J. TRUMP FOR PRESIDENT 2024, INC.; MICHIGAN REPUBLICAN PARTY; and RYAN KIDD, in his official capacity as Clerk of Georgetown Township,<br><br>          Plaintiffs,<br>  v.<br><br>GRETCHEN WHITMER, in her official capacity as Governor of Michigan; JOCELYN BENSON, in her official capacity as Michigan Secretary of State; JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections; U.S. SMALL BUSINESS ADMINISTRATION; ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration; DEPARTMENT OF VETERANS AFFAIRS; and DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs,<br><br>          Defendants. | CIVIL ACTION<br><br>Case No. 1:24-cv-720-PLM-SJB<br><br>Hon. Paul L. Maloney<br>Hon. Sally J. Berens<br><br>**CERTIFICATE OF COMPLIANCE** |

## CERTIFICATE OF COMPLIANCE

I certify that Vet Voice Foundation's Amicus Curiae Brief in Support of Defendants' Motion to Dismiss and in Opposition to Plaintiffs' Motion for Summary Judgment complies with LCivR 7.2(b)(i)'s word limit. From the Statement of Interest of Amicus Curiae through Conclusion, this brief contains 4689 words as measured by Microsoft Word.

Dated:  September 27, 2024

/s/ *Sarah S. Prescott*
Sarah S. Prescott (P70510)
Salvatore Prescott Porter &
Porter, PLLC
105 E. Main Street
Northville, Michigan 48167
(248)679-8711
sprescott@spplawyers.com

3

## CERTIFICATE OF SERVICE

I certify that on this September 27, 2024, I caused to be served a copy of the above document on all counsel of record and parties via the ECF system.

/s/ *Sarah S. Prescott*
Sarah S. Prescott