UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY, and RYAN KIDD,<br><br>    Plaintiffs,<br><br>v<br><br>GRETCHEN WHITMER, in her official capacity as Governor of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State; and JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections, U.S. SMALL BUSINESS ADMINISTRATION, ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration, DEPARTMENT OF VETERANS AFFAIRS, and, DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs,<br><br>    Defendants. | CASE NO. 1:24−cv−00720−PLM−SJB<br><br>HON. PAUL L. MALONEY<br><br>HON. SALLY J. BERENS |

## **<u>Certificate of Compliance Regarding Word Count Regarding Plaintiffs' Brief in Support of Plaintiffs' Response to Defendants Governor Whitmer, Secretary of State Benson, and Director of Elections Brater's Motion to Dismiss</u>**

    I certify that the Plaintiff's Brief in Support of Plaintiffs' Response to Defendants Governor Whitmer, Secretary of State Benson, and Director of Elections Brater's Motion to Dismiss was prepared in accordance with W.D. Mich. L.R. 7.2(b) using Microsoft Word and 12-point Times New Roman font and consists of 9,990 words.

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

Date: September 27, 2024          By:    */s/ Jonathan B. Koch*
                                               Jonathan B. Koch (P80408)
                                               Drew W. Broaddus (P64658)
                                               SMITH HAUGHEY RICE & ROEGGE
                                               Attorneys for Plaintiffs
                                               100 Monroe Center NW
                                               Grand Rapids, MI 49503
                                               (616) 774-8000 / 616-774-2461 (fax)
                                               jkoch@shrr.com
                                               dbroaddus@shrr.com

                                       By:    */s/ David A. Warrington*
                                               David A. Warrington (*Admission Pending*)
                                               Gary Lawkowski
                                               DHILLON LAW GROUP
                                               Attorneys for Plaintiff Donald J. Trump for
                                               President 2024, Inc.
                                               2121 Eisenhower Avenue, Suite 608
                                               Alexandria, VA 22314
                                               415-433-1700 / 415-520-6593 (fax)
                                               dwarrington@dhillonlaw.com
                                               glawkowski@dhillonlaw.com

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation