UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, DONALD J. TRUMP FOR PRESIDENT 2024, INC., MICHIGAN REPUBLICAN PARTY, and RYAN KIDD, | CASE NO. 1:24−cv−00720−PLM−SJB |
| Plaintiffs, | HON. PAUL L. MALONEY |
| v | HON. SALLY J. BERENS |
| GRETCHEN WHITMER, in her official capacity as Governor of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State; and JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections, U.S. SMALL BUSINESS ADMINISTRATION, ISABEL GUZMAN, in her official capacity as Administrator of the Small Business Administration, DEPARTMENT OF VETERANS AFFAIRS, and, DENIS McDONOUGH, in his official capacity as Secretary of Veterans Affairs, | |
| Defendants. | |

## Notice of Voluntary Dismissal

Plaintiffs, the Republican National Committee ("The RNC"), Donald J. Trump for President 2024, Inc. ("Trump Campaign"), the Michigan Republican Party ("MRP"), and Ryan Kidd ("Plaintiffs"), by and through their attorneys, Smith Haughey Rice & Roegge, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismiss the above-titled action. This Notice is being filed before service by any Defendant of either an Answer or a Motion for Summary Judgment.

2

Date: November 22, 2024                By:  /s/ *Jonathan B. Koch*
                                            Jonathan B. Koch (P80408)
                                            Drew W. Broaddus (P64658)
                                            SMITH HAUGHEY RICE & ROEGGE
                                            Attorneys for Plaintiffs
                                            100 Monroe Center NW
                                            Grand Rapids, MI 49503
                                            (616) 774-8000 / 616-774-2461 (fax)
                                            jkoch@shrr.com
                                            dbroaddus@shrr.com

                                       By:  /s/ *David A. Warrington*
                                            David A. Warrington (*Admission Pending*)
                                            Gary Lawkowski
                                            DHILLON LAW GROUP
                                            Attorneys for Plaintiff Donald J. Trump for
                                            President 2024, Inc.
                                            2121 Eisenhower Avenue, Suite 608
                                            Alexandria, VA 22314
                                            415-433-1700 / 415-520-6593 (fax)
                                            dwarrington@dhillonlaw.com
                                            glawkowski@dhillonlaw.com